# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRI A. SOMERS**                                                              **PLAINTIFF**

**V.**                            **4:19CV00393 BRW-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED, this 14th day of April, 2020.


                                            Billy Roy Wilson_____
                                            UNITED STATES DISTRICT JUDGE